**COMPLAINT**

**EXHIBIT 3**

--

Scott E. Combs Letter to TCF
Dated: 8/13/2010

TCF NATIONAL BANK v LAW OFFICE OF SCOTT COMBS, et al
Case No. 2:10-cv-13243

| | | |
|---|---|---|
| East Side Office<br>24000 Greater Mack, Suite B<br>St. Clair Shores MI 48170<br><br>Plymouth Office<br>9450 S. Main<br>Plymouth MI 48170 | **Law Offices of**<br>**SCOTT E. COMBS**<br>Attorney at Law<br>27780 Novi Road, Suite 105<br>Novi, MI 48377<br><br>(248) 380-5050<br>(248) 380-5344 (telefax) | Of Counsel<br>Joseph H. Dillon<br>1928-1995<br>Paul Dillon<br>Ralph Musilli |

August 13, 2010

Deanna Peterson
Branch Manager
39725 Six Mile Road
Northville, MI 48168

Attn Legal Dept/Loss Prevention
TCF Bank
17440 College Parkway
Livonia MI 48152

RE:   ACCOUNT # 2883600762

To Whom It May Concern:

The purpose of this letter is to again advise you of your legal and banking regulation obligations. Recently, the IRS has placed a levy on a protected account I have at TCF [see attached]. This account - #2883600762 – is a protected, privileged client IOLTA trust account. As you are aware, this account is not subject to garnishment or levy. TCF has, in the past (as recently as last year) accurately identified to the IRS that this IOLTA account is not subject to Summons, levy or garnishment. We are again advising TCF to continue with this accurate, legal and banking regulation position as to this IOLTA account. Thank you; we trust no violation of the law or banking regulations will be allowed. Please contact me if any questions.

Sincerely,

SCOTT E COMBS

SEC/ja
Encl.

**Law Offices of**
# SCOTT E. COMBS
Attorney at Law
27780 Novi Road, Suite 105
Novi, MI 48377

(248) 380-5050
(248) 380-5344 (telefax)

August 13, 2010

East Side Office
24000 Greater Mack, Suite B
St. Clair Shores MI 48170

Plymouth Office
9450 S. Main
Plymouth MI 48170

Of Counsel
Joseph H. Dillon
1928-1995
Paul Dillon
Ralph Musilli

Ana DeLuna
Legal Processing Dept
TCF Bank
500 Joliet Rd
Willowbrook IL 60527

**RE:  *ACCOUNT # 2883600762***

Dear Ms. DeLuna:

The purpose of this letter is to again advise you of your legal and banking regulation obligations. Recently, the IRS has placed a levy on a protected account I have at TCF. This account - #2883600762 – is a protected, privileged client IOLTA trust account. As you are aware, this account is <u>not</u> subject to garnishment, levy or production of information. TCF has, in the past (as recently as last year) accurately identified to the IRS that this IOLTA account is not subject to Summons, levy or garnishment. We are again advising TCF to continue with this accurate, legal and banking regulation position as to this IOLTA account. Thank you; we trust no violation of the law or banking regulations will be allowed. Please contact me if any questions.

Sincerely,

SCOTT E COMBS

SEC/ja
Encl.