## Summons and Complaint Return of Service

Case No. 2:10-cv-13243-NGE -MKM
Hon. Nancy G Edmunds

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant
Served: United States Attorney

Date of Service: 09/02/2010

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

_X_ Other (specify): **Certified Mail**
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X<br>☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)　　C. Date of Delivery<br>SEP 02 2010 |
| 1. Article Addressed to:<br><br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail　☐ Express Mail<br>☐ Registered　　☑ Return Receipt for Merchandise<br>☐ Insured Mail　　☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)　☐ Yes |

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540