## Summons and Complaint Return of Service

Case No. 2:10-cv-13243-NGE -MKM
Hon. Nancy G Edmunds

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant
Served: Office of the Attorney General

Date of Service: 09/02/2010

## Method of Service

\_\_\_ Personally served at this address:

\_\_\_ Left copies at defendant's usual place of abode with (name of person):

**X** Other (specify): **Certified Mail**

\_\_\_ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent   ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>SEP 02 2010 |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| | 3. Service Type<br>☑ Certified Mail   ☐ ~~Express Mail~~<br>☐ ~~Registered~~   ☑ Return Receipt for Merchandise<br>☐ ~~Insured Mail~~   ☐ ~~C.O.D.~~ |
| 2. Article Number<br>*(Transfer from service label)* | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |