AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:10-cv-13243-NGE -MKM
Hon. Nancy G Edmunds

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:        Internal Revenue Service - Area Director

Date of Service:        09/15/2010

## Method of Service

_____ Personally served at this address:

_____
_____
_____

_____ Left copies at defendant's usual place of abode with (name of person):

_____
_____
_____

__X_ Other (specify):   **Certified Mail**

_____
_____
_____

_____ Returned unexecuted (reason):

_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        _____

Signature of Server:        _____

Date:        _____

Server's Address:        _____
        _____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Area Director - Collection Central Service Area
985 Michigan Avenue
10th Floor
Detroit, Michigan 48226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *James A. Williams*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

SEP    2010

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7004 2510 0001 7520 0022

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540